# Exhibit A

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME   Masyk                Valentyna
       Last Name            First              Middle

HOME ADDRESS   275 Jackson Street apt 6H
               Brooklyn          NY        11211
               City              State     Zip Code

HOME PHONE   718 769 5955        WORK PHONE   718 302 7309

SIGNATURE   [signed]

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _EKWEGBALU BEN C_
  Last Name / First / Middle

HOME ADDRESS _141-25 183rd Street_
_Springfield Gardens New York 11413_
  City / State / Zip Code

HOME PHONE _(718) 712 2356_   WORK PHONE _(718) 716 7702_

SIGNATURE _[signed]_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _Giordano   Erik_____
         Last Name   First        Middle

HOME ADDRESS _678 Warburton Ave # 7-L_
_____N.Y.___Yonkers_____10701_____
         City      State       Zip Code

HOME PHONE _917-891-3467_ WORK PHONE _718-716-7707_

SIGNATURE _[signature]_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – INVESTIGATIVE CONSULTANT/PROTECTIVE AGENT EMPLOYEES OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME  Hamilton            Ashley           A
      Last Name            First            Middle

HOME ADDRESS  1690 Longfellow Avenue Apt #5L
              Bronx         New York        10460
              City          State           Zip Code

HOME PHONE  718-844-7777    CELL PHONE  718-844-7777

SIGNATURE  Ashley Hamilton

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _MCNEIL_____ _JASMINE_____ _K_____
       Last Name              First              Middle

HOME ADDRESS _1560 Metropolitan Ave 3B_____
_BX_____ _NY_____ _10462_____
   City        State      Zip Code

HOME PHONE _____  CELL PHONE _917.282.5724_

SIGNATURE _/s/_____  PERSONAL E-MAIL _JKHAELA@yahoo.com_

(Continue on Reverse)

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME  Morales           Rose d.
         Last Name         First                    Middle

HOME ADDRESS 108 Himrod st.
             Brooklyn,       NY          11221
             City            State       Zip Code

HOME PHONE 718-233-7195      WORK PHONE 718-399-5610

SIGNATURE  R. M.

**(Continue on Reverse)**

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME: Murray (Last Name) Monique (First) Shonta (Middle)

HOME ADDRESS: 861 East 163rd Street #82
Bronx (City) NY (State) 10459 (Zip Code)

HOME PHONE: 929 265 9987   WORK PHONE: 212 361 7928

SIGNATURE: MSMurray

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME __NEAL       WAYNE       JAMES__
         Last Name    First           Middle

HOME ADDRESS __2104   CROTONA   PKWY__
__BRONX       N.Y       10460    APT 4C__
     City           State              Zip Code

HOME PHONE __347-614-3329__ WORK PHONE _____

SIGNATURE __Wayne J Neal__

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME   Sealey         Emmett.        O
       Last Name      First          Middle

HOME ADDRESS   165 W 122nd Street - Apt 2A
               N.Y      N.Y      10027
               City     State    Zip Code

HOME PHONE  212-666-0918    WORK PHONE  646-732-8478

SIGNATURE  Emmett Sealey

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ___Singh___ ___Paul___ ___R___
      Last Name    First    Middle

HOME ADDRESS ___130-09   120 St___
___Queens___ ___N.Y.___ _____
    City    State

HOME PHONE ___917-686-0439___   WORK PHONE _____

SIGNATURE ___[signature]___

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____Stevens_____Allen_____Russell_____
            Last Name          First            Middle

HOME ADDRESS __98-40  57th  Avenue, # 11K_____

__New York_____New York_____11368_____
     City              State          Zip Code

HOME PHONE __718-271-2318_____ CELL PHONE __347-639-5565_____

SIGNATURE __Dr. Allen R. [signature]_____ PERSONAL E-MAIL __lifecorpceo@gmail.com_____

(Continue on Reverse)