# Exhibit A

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME  Abdul-Karim     Abdul-Mhadi
       Last Name      First          Middle

HOME ADDRESS    4341  Ely Ave

        New York    NY      10466
         City       State      Zip Code

HOME PHONE  646 506 8845    WORK PHONE  (718) 302-7302

SIGNATURE

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _Lendel Adams - George      Orelda_
       Last Name        First           Middle

HOME ADDRESS _2721 Tilden Ave._

_Brooklyn    New York   11226_
   City        State        Zip Code

HOME PHONE _718-510-6722_  CELL PHONE _646-431-6411_

SIGNATURE _Lendel Adams_   PERSONAL E-MAIL _Lendel4adams @ a mail.com_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____ ADDO _____ SALAS _____ MILLS _____
      Last Name        First              Middle

HOME ADDRESS ____ 1919 McGRAW AVE #7B . _____

          Bx          NY          10462
          City        State       Zip Code

HOME PHONE _____ CELL PHONE 646-730-2686 .

SIGNATURE _____ PERSONAL E-MAIL Silas 252@HoTMAiLoCom

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _ADEAGBO_____OLATUNBOSUN_____A._____
          Last Name         First         Middle

HOME ADDRESS _1388 E. 94th Street #2 floor_____

          _Brooklyn,____NY____11236_____
           City       State     Zip Code

HOME PHONE _718 864 9421_____ WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _Adedayo      Kikelomo      Mutiat_
       Last Name          First               Middle

HOME ADDRESS _735 Lincoln Avenue, Apt 175_

_Brooklyn    NY        11208_
   City        State      Zip Code

HOME PHONE _347-301-2049_  WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME Adedeji          Elizabeth          Adedoja
      Last Name      First      Middle

HOME ADDRESS 816 Saratoga Avenue 2B

      Brooklyn   NY     11212
      City      State      Zip Code

HOME PHONE (347) 581-6758   WORK PHONE _____

SIGNATURE C. Adedoja

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – INVESTIGATIVE CONSULTANT/PROTECTIVE AGENT EMPLOYEES OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _Adedoyin    Florence    O_

       Last Name      First         Middle

HOME ADDRESS _710 dumont ewe 3E brooklyn_

_brooklyn    NY    11207_

       City      State      Zip Code

HOME PHONE _____ CELL PHONE _718 427 4459_

SIGNATURE _Florence Adedoyin_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ADENIJI IDAYAT OLAKUNBI
         Last Name      First      Middle

HOME ADDRESS 19 BELMONT AVENUE

        BEVERLY   NJ   08010
        City     State     Zip Code

HOME PHONE (609) 871-2409  WORK PHONE (212) 701-4365

SIGNATURE _Idayat Adeniji_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _Adesanya___ _Ademola___ _Abidemi___
           Last Name       First       Middle

HOME ADDRESS _765 Lincoln Avenue # 55_
       _Brooklyn___ _NY___ _11208___
          City      State     Zip Code

HOME PHONE _347-415-9529_ WORK PHONE _212-701-4352_

SIGNATURE _____

## CONSENT TO SUE

### REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ___AHMED___ ___NADIR___
       Last Name     First     Middle

HOME ADDRESS ___89 METROPOLITAN OVAL, APT. # 10A___

___BRONX___ ___NY___ ___10462___
  City    State    Zip Code

HOME PHONE ___347-684-9688___ WORK PHONE ___718-716-7707___

SIGNATURE ___Nadir Ahmed___

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _Akinrimisi Kotoworola Yemisi_
            Last Name       First       Middle

HOME ADDRESS _498, East 138th Street apt #2_
            _Bronx  NY  10454_
            City     State    Zip Code

HOME PHONE _347-455-2935_  WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ___AKPONA  FELIX  PEACE___
    Last Name        First              Middle

HOME ADDRESS ___541  SNEDIKER  AVENUE___
___BROOKLYN  NY        11207___
        City          State        Zip Code

HOME PHONE ___347 240-7685___  WORK PHONE ___347 247-3662___

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME    AKULIN    Celeste    Anne
             Last Name      First           Middle

HOME ADDRESS    16-66  Bell  Blvd.    # 736

                          Bayside    NY    11360
                            City          State        Zip Code

HOME PHONE  646-226-8385    WORK PHONE  718-716-6264

SIGNATURE  _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____ALAO_____ISAAC_____OLAYINKA_____
Last Name        First             Middle

HOME ADDRESS ___675___LINCOLN___AVENUE___#14R_____

_____BROOKLYN___NY.___11208_____
City        State        Zip Code

HOME PHONE __(646)739-322-6__ WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _Alexander_____ Lizar_____ Daniella_____
          Last Name        First        Middle

HOME ADDRESS _731 Gerard Ave 4A_____

_Bronx_____ NY_____ 10451_____
      City        State        Zip Code

HOME PHONE _347 816 5406____ WORK PHONE _212 007 5347____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME  _Alicea        Marilu_
 <u>Last Name</u>      <u>First</u>                <u>Middle</u>

HOME ADDRESS  _494  West 158th Street  Apt 6D_
       _NY        NY        10032_
       <u>City</u>        <u>State</u>        <u>Zip Code</u>

HOME PHONE _646 468 7421_ WORK PHONE _____

SIGNATURE _Marilu Alen_

## REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ___Allen_____Kaye_____L_____
         Last Name            First              Middle

HOME ADDRESS ___2541 7th Ave Apt 17F_____

_____New York, NY_____10039_____
               City          State          Zip Code

HOME PHONE _213 862-8751___   WORK PHONE _7187167541__

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME  _ALLENDE JR     ANIBAL_
       Last Name       First            Middle

HOME ADDRESS  _1430 AMSTERDAM AVE  APT 14A_

       _NEW YORK     NY        10027_
       City        State       Zip Code

HOME PHONE  _917-565-4111_    WORK PHONE  _212-701-4300_

SIGNATURE  _Anibal Allende JR_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _ALMONTE  ANNELIEE  A._
      Last Name      First      Middle

HOME ADDRESS _117-03 HILLSIDE AVE #3A_
_RICHMOND HILL, NY 11418_
City        State        Zip Code

HOME PHONE _(929) 372-3988_   WORK PHONE _____

SIGNATURE _Annelie Almonte_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _Alston, Roberts        Anita              Lynette_
            Last Name          First                    Middle

HOME ADDRESS _109 Christopher Ave.    6 D_
            _Brooklyn   N.Y.    11212_
                City            State          Zip Code

HOME PHONE _646 537-5397_  WORK PHONE _718 399 5610_

SIGNATURE _Anita R. Alston_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____ALVAREZ    FABIO        L_____
            Last Name      First          Middle

HOME ADDRESS ___32-59    48 ST_____
         ___Astoria    N.y      11103_____
             City      State     Zip Code

HOME PHONE __347 981 30 29__ WORK PHONE __718 722 82 01__

SIGNATURE _____Fabio Aly_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME  Ambrose          Okojie          1
          Last Name     First              Middle

HOME ADDRESS  1149  Morris  Avenue  4C

              Bronx  N Y  10456
               City    State     Zip Code

HOME PHONE  347-335-3498  WORK PHONE

SIGNATURE

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _ANDERSON_ _Wendy_
           Last Name      First           Middle

HOME ADDRESS _1109 Franklin Ave APT 2E_

_Bronx_ _NY_ _10456_
     City      State      Zip Code

HOME PHONE _____ CELL PHONE _646-789-7803_

SIGNATURE _Wendy Anderson_ PERSONAL E-MAIL _Darksweet8 AOL.Com_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ___ANTWI___ ___ALFRED___ ___E___
       Last Name      First      Middle

HOME ADDRESS ___1919 MCGRAW AVE #7B___
    ___BRONX, NY___ ___10462___
      City    State    Zip Code

HOME PHONE ___347-398-5560___ WORK PHONE ___718-716-6435___

SIGNATURE ___[signature]___

(Continue on Reverse)

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – INVESTIGATIVE CONSULTANT/PROTECTIVE AGENT EMPLOYEES OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _ARIWODOLA_ _GABRIEL_ _BABAFEMI_
           Last Name       First       Middle

HOME ADDRESS _145-123 106TH AVE #2FLR – JAMAICA_
      _QUEENS_    _NY_     _11435_
      City      State      Zip Code

HOME PHONE _347-233-3203_ CELL PHONE _(718) 790-8534_

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _Arroyo, Richard_
           Last Name      First      Middle

HOME ADDRESS _4 Martine Ave, # 204_
          _White Plains, NY 10606_
          City      State     Zip Code

HOME PHONE _347-306-7631_ WORK PHONE _212-701-4300_

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME Askins DERRICK D.
       Last Name     First     Middle

HOME ADDRESS 102-18 32 AV. EAST ELMHURST

Queens NEW YORK 11368
    City    State    Zip Code

HOME PHONE 1-718-457-8513 WORK PHONE 1-718 302 8157

SIGNATURE Derrick D. Askins

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME  _Atchison       Creola_
     Last Name        First                    Middle

HOME ADDRESS _773 Concourse Village East_

_Bronx        NY          10451_
     City          State          Zip Code

HOME PHONE _718-992-5328_   WORK PHONE _212-701-4366_

SIGNATURE _Creola    Atchison_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ~~SAMUEL~~ AUSTIN SAMUEL
       Last Name        First              Middle

HOME ADDRESS 1515 metropolitan Ave #4G
        NY    USA    10462
        City    State    Zip Code

HOME PHONE 347 - 6215425   WORK PHONE 212) 5131167

SIGNATURE _Samuel Austin_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME <u>Ayala     Maurice     Russell</u>
        Last Name      First        Middle

HOME ADDRESS <u>3400   PAUL   AVE M     APT 12C</u>

<u>BroNX    NY     10468</u>
    City       State      Zip Code

HOME PHONE <u>212-312-4716</u>    WORK PHONE <u>347-341-9893</u>

SIGNATURE <u>Maurice Ayala</u>

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _Baker_____ _Chardé_____
        Last Name        First                    Middle

HOME ADDRESS _1027 Warwick Street_____
            _Bklyn_____ _Ny_____ _11207_____
             City        State        Zip Code

HOME PHONE _847-893-5432_____ WORK PHONE _212-232-0600_

SIGNATURE _Chrdi Baker_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – INVESTIGATIVE CONSULTANT/PROTECTIVE AGENT EMPLOYEES OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _Baker    Jennifer Co-Londra_
        Last Name    First    Middle

HOME ADDRESS _152 North Elliot Wk #5B_
_Brooklyn, NY 11205_
        City    State    Zip Code

HOME PHONE _347 917-720-3346_   CELL PHONE _646-795-7030_

SIGNATURE _Jennifer C. Baker_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____ Balbuena _____ José _____ Abigael _____
        Last Name        First              Middle

HOME ADDRESS _____ 355 Clinton Ave 5E _____

_____ Brooklyn NY    NY _____ 11238 _____
        City              State              Zip Code

HOME PHONE _____ 347 415 9607 _____ WORK PHONE _____

SIGNATURE _____ [signature] _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _BALOGUN_____OLUREMI_____L_____
          Last Name      First      Middle

HOME ADDRESS____P O box 24278_____

____BROOKLYN NEWYORK 11202____
     City     State     Zip Code

HOME PHONE _347-801-3076_ WORK PHONE _212-361-8583_

SIGNATURE _Remi Balogun_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _Banks_____ _Latish_____ _S_____
        Last Name              First              Middle

HOME ADDRESS _545 West 126th Street Apt 11d_____

_New York NY_____ _10027_____
City          State        Zip Code

HOME PHONE _(212) 761-4378____ CELL PHONE _347 236-2042_____

SIGNATURE _Latish Banks_____ PERSONAL E-MAIL _Lbank@DHS.nyc.gov___

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ___BARNETT___ ___Cyrlene___ ___Yvonne___
         Last Name      First          Middle

HOME ADDRESS ___101-23 Flatlands Avenue___

      ___Bklyn___ ___NY___ ___11236___
        City      State     Zip Code

HOME PHONE ___718 257-0312 (Home)___ WORK PHONE ___

SIGNATURE ___Cyrlene Barnett.___       718 715-8295 (cell)

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CPS and JOS EMPLOYEES OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _BASCOM    JERMAINE    CHRIS_
           Last Name     First     Middle

HOME ADDRESS _8308 FOSTER AVE_
        _Brooklyn  NY  11210_
           City     State     Zip Code

HOME PHONE _847-451-2847_    WORK PHONE _718-636-8908_

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ___Bayne___ ___Terry_____
            Last Name      First           Middle

HOME ADDRESS___370 East 58 St_____

___Bklyn___ ___N.Y___ ___11203_____
        City       State       Zip Code

HOME PHONE___347-465-4673___ WORK PHONE ___718-302-8157___

SIGNATURE_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _BELLO-BAKARE, SADIAT_

Last Name          First          Middle

HOME ADDRESS _5, ARLINGTON COURT_

_STATEN ISLAND, NY 10310_

City          State          Zip Code

HOME PHONE _347 276-3910_     WORK PHONE _718/716-7707_

SIGNATURE _Sadiat Bello Bakar_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under
the Fair Labor Standards Act.

NAME _BELTON_    _AUDREY_    _A_
         Last Name        First              Middle

HOME ADDRESS _1010   SHERMAN   AVE   # 6J_
        _BRONX        NY        10456._
             City          State          Zip Code

HOME PHONE _347-329-0127_ WORK PHONE _____

SIGNATURE _[signature]_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _Bergholz_     _Penniellen_ _____
        Last Name          First                    Middle

HOME ADDRESS _431 E. 83rd Street # 5A_ _____

_New York    NY    10028_ _____
        City              State              Zip Code

HOME PHONE _212-737-3114_ _____ WORK PHONE _____

SIGNATURE ___[signature]_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _DE THEA, CHEVELLE R_

        Last Name      First           Middle

HOME ADDRESS _1 glenwood Ave #19J_

        _Yonkers NY_    _10701_

        City      State     Zip Code

HOME PHONE _718-825-8841_    WORK PHONE _718-716-7707_

SIGNATURE _Chevelle Bethea_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME Bickram                Daniel
     Last Name    First              Middle

HOME ADDRESS 1279 Noble Ave

             Bronx      NY        10472
             City      State      Zip Code

HOME PHONE 1-917-575-9703  WORK PHONE _____

SIGNATURE Daniel Bickra

(Continue on Reverse)

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME <u>BIEWAN     KEMBEY</u>
      Last Name       First          Middle

HOME ADDRESS <u>1730 MONTGOMERY AVENUE. APT 5B</u>
     <u>BRONX     NY      10453</u>
         City         State       Zip Code

HOME PHONE <u>(718) 901-5112</u>     WORK PHONE <u>(212) 701-4364</u>

SIGNATURE <u>K.Biewan</u>

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ___Bishinkevich___VADim___M___
          Last Name     First     Middle

HOME ADDRESS ___2373___EAST___14th__Street___

___BRooKLyn___NY___11229___
   City     State    Zip Code

HOME PHONE ___201___819-1315___ WORK PHONE ___877-718.716-7536/___

SIGNATURE ___

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _Black_ _Cory_ _Mike_
Last Name      First      Middle

HOME ADDRESS _1875 Third Ave_

_New York_ _NY_ _10024_
City      State      Zip Code

HOME PHONE _(917) 318-3861_    WORK PHONE _____

SIGNATURE _Cory Black_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _BOATSWAIN_ _KENNETH_ _R_
Last Name      First                    Middle

HOME ADDRESS _120- 10 DONZetti Place_
_BRONX   NY   10475_
City      State          Zip Code

HOME PHONE (718) 515-4346 , WORK PHONE _____

SIGNATURE _Kenneth Boatswa_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ___BOLOUVI___ANTOINE___
               Last Name      First          Middle

HOME ADDRESS___145-19 224TH STREET___

___SPRINGFIELD GDNS   NY___11413___
          City        State      Zip Code

HOME PHONE___718-978-1107___ WORK PHONE___718-716-7522___

SIGNATURE_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _Bonet            Iris            D._
        Last Name        First              Middle

HOME ADDRESS _815 West 180th Street     Apt 24_
_New York   NY            10033_
        City            State           Zip Code

HOME PHONE _N/A_            WORK PHONE _(718) 716-6436_

SIGNATURE _Iris D. Bonet_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____ Borrero _____ Nesha _____

Last Name          First          Middle

HOME ADDRESS _____ 633 Olmstead Ave _____

_____ Bronx _____ NY _____ 10473 _____ 3G _____

City          State          Zip Code

HOME PHONE _____ 929 2469377 _____ WORK PHONE _____ 718 716 6092 _____

SIGNATURE _____ Nesha Borrero _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _Bukkino Jr._ _Norman_ _Edward_
Last Name / First / Middle

HOME ADDRESS _84 Pulaski Street_

_Brooklyn_ _NY_ _11206_
City / State / Zip Code

HOME PHONE _718-781-2002_    WORK PHONE _718-716-7524_

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _Bowens_____ _Wendell_____
           Last Name      First              Middle

HOME ADDRESS _53-55 East 130 St #3B_____
           _New York_____ _NY_____ _10037_____
             City          State        Zip Code

HOME PHONE (347) 863-6684    WORK PHONE _____

SIGNATURE _Wendell, Bo_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _BRIAN CHRISTOPHER RICHARD_
             Last Name       First          Middle

HOME ADDRESS _5705 Fillmore Ave_
              _Brooklyn_   _N_     _11234_
                City       State      Zip Code

HOME PHONE (718) 968-2936    WORK PHONE (718) 716-7042

SIGNATURE _[signature]_

**CONSENT TO SUE**

## REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ___Brewer___ ___Tammy___ _____
     Last Name          First                    Middle

HOME ADDRESS ___1339___ ___Lincoln Place___ Apt 6E

___Bklyn___ ___NY___ ___11213___
City      State      Zip Code

HOME PHONE ___347 901 1167___ WORK PHONE _____

SIGNATURE ___Tammy Brewer___

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _Bright_____ _Kalian___ _A_____
         Last Name      First        Middle

HOME ADDRESS _336 Elton Street Apt 7A_

     _Bklyn_____ _ny___ _11208____
     City      State      Zip Code

HOME PHONE _9178085041_____ WORK PHONE _____

SIGNATURE _[signature]_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _Brown___ _Arline'___ _L___
      Last Name     First     Middle

HOME ADDRESS _491 E 162nd St. #11A___

_Bronx___ _NY___ _10451___
     City     State     Zip Code

HOME PHONE _347-263-8590___ WORK PHONE _____

SIGNATURE _Arlina L Brown___

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ___Brown_____Debora_____
       Last Name     First         Middle

HOME ADDRESS___60 Moore St 6A_____
_____Bklyn, NY 11206_____
      City    State    Zip Code

HOME PHONE 1843 908-3407 WORK PHONE 718-716-6000

SIGNATURE _Debra Brown_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ___Brown        Gloria___
           Last Name        First                    Middle

HOME ADDRESS ___1590 Madison Ave___

___Ny        Ny        10029___
           City        State        Zip Code

HOME PHONE ___212 348-6025___    CELL PHONE ___917-545-4599___

SIGNATURE ___Gloria Brown___    PERSONAL E-MAIL ___Cake 9855@gmail.com___

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _Brown        Nicole_____
           Last Name        First          Middle

HOME ADDRESS _3504 Brothambeau Ave #5-D_____

_Bronx N.Y.     10467_____
           City       State       Zip Code

HOME PHONE _917.805.0194_ WORK PHONE _917.331.2141_

SIGNATURE _Nicole Br_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _BROWN, Valencia Mabandla_
        Last Name      First         Middle

HOME ADDRESS _855 West End Avenue_
_New York, N.Y. 10025_
        City          State        Zip Code

HOME PHONE _(212) 961-1173_        WORK PHONE _(212) 701-4346_

SIGNATURE _Valencia Brown_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _Browne_____ _Linda_____ _M._____
       Last Name     First        Middle

HOME ADDRESS _934 Dumont St_____

_Brooklyn_____ _NY_____ _11207_____
    City      State     Zip Code

HOME PHONE _212-583-2959_____ WORK PHONE _212-701-4300_____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _Buckley_____ _Courtney_____ _Lamont_____
           Last Name        First        Middle

HOME ADDRESS _871 Elton Ave_____

_BRONX_____ _NY_____ _10451_____
     City      State      Zip Code

HOME PHONE _Cell 646-772-4780_ WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____Bullock_____Joyce_____
             Last Name       First                 Middle

HOME ADDRESS_____203 Weirfield Street_____
_____Brooklyn NY.____11221_____
           City        State      Zip Code

HOME PHONE _347 392 1220_ WORK PHONE _(718) 796 9731_

SIGNATURE _____Joyce Bullock_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____BUTLER_____KIMBERLEY_____
            Last Name            First                    Middle

HOME ADDRESS____148-31   HOOK CREEK    BLVD_____

_____ROSEDALE_____NY_____11422_____
                      City                State              Zip Code

HOME PHONE _____ WORK PHONE (212) 701-4386_____

SIGNATURE___Kimberley Butler_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ___Butler_____Regina_____M_____
            Last Name        First            Middle

HOME ADDRESS___41 - 17 Rockaway Beach 1st Floor_____
          __Far Rockaway___N.Y.___11691_____
               City        State      Zip Code

HOME PHONE __516  640 2161__ WORK PHONE __718 725-2083__

SIGNATURE___Ms Regina Butler_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ___Butler___ ___Terease___ ___Michelle___
               Last Name       First       Middle

HOME ADDRESS___252 East 39th Street, #2R___
___Brooklyn, NY 11203___
       City      State     Zip Code

HOME PHONE 347-915-2263   WORK PHONE 347-720-5373

SIGNATURE ___Terease Butler___

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _CABRERA  FRANK_
  Last Name    First    Middle

HOME ADDRESS _230 East 123St #2703_

_New York N.Y.    10035_
  City    State    Zip Code

HOME PHONE _1(646)537-5280_  WORK PHONE _1-718-716-6104_

SIGNATURE _Frank Cabrera_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _CAlderon___Boris___J___

Last Name        First        Middle

HOME ADDRESS _418 Central park West #30_

_NEW YORK  NY___10025___

City        State        Zip Code

HOME PHONE _646-600-4589___  WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _Caldwell_____Michael_____
             Last Name      First            Middle

HOME ADDRESS _P. O. Box 853_____

_New York  NY     10272_____
         City      State      Zip Code

HOME PHONE _917-969-0234_  WORK PHONE _212-361-8666_

SIGNATURE _____

CONSENT TO SUE

**REQUEST TO BECOME PARTY-PLAINTIFF -- DHS EMPLOYEES OVERTIME PAY**
I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ___Camacho___ ___Michael___
       Last Name      First          Middle

HOME ADDRESS ___2945 White Plains Road #7B___
       ___Bronx, New York   NY   10467___
        City       State     Zip Code

HOME PHONE ___347-274-7651___ WORK PHONE _____

SIGNATURE ___Michael Camacho___

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME Cameron        Nora        S
Last Name        First        Middle

HOME ADDRESS 2108 Park Bronx East Apt 4A

Bronx        NY        10460
718 City        State        Zip Code

HOME PHONE 347 792-9853    WORK PHONE 347-469-8924

SIGNATURE

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME  Carswell  Arrenkah
              Last Name          First                    Middle

HOME ADDRESS  84 Pulaski Street

Brooklyn NY  11206
City          State        Zip Code

HOME PHONE  917-395-5199    WORK PHONE _____

SIGNATURE  a. Carswell

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _Centeno          Mirian          Luz_
        Last Name          First          Middle

HOME ADDRESS _530 E. 137st      11i_

_Bronx          n.y.     10454_
        City          State          Zip Code

HOME PHONE _(917) 946-8849_     WORK PHONE _(212) 761-4300_

SIGNATURE _Mirian L Centeno_

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _Chamblin_ _Jocelyne_ _N._
           Last Name        First        Middle

HOME ADDRESS _1355 East 56th Apt #L 1st Floor R Prt_

_Brooklyn New York 11234 - 3331_
     City       State       Zip Code

HOME PHONE _718 / 444-5573_ WORK PHONE _718 863-8666_

SIGNATURE _____ _9/19/16_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME  CHIBUZO          JOHN          CHUKWUEMEKA
         Last Name        First                Middle

HOME ADDRESS 238-62   116th ROAD

ELMONT   NY        11003
City        State        Zip Code

HOME PHONE _____   WORK PHONE 212 701 4397

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ___Clark___ ___Darek___ ___L___
         Last Name       First       Middle

HOME ADDRESS ___172-20 116th Ave___
        ___Jamaica___ ___NY___ ___11434___
         City      State     Zip Code

HOME PHONE ___718-527-6267___    WORK PHONE ___718-716-7527___

SIGNATURE ___Darek Clark___

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ___Cofield_____Trevor_____E_____
       Last Name     First     Middle

HOME ADDRESS___1530 Pennsylvania Ave 5G_____

     ___Brooklyn_____NY_____11239_____
       City     State     Zip Code

HOME PHONE _347-404-7382___ WORK PHONE _716-716-7551_

SIGNATURE___P. Cofield_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME  Collins          Keisha          R
         Last Name      First      Middle

HOME ADDRESS  630  Stanley  Ave.  Apt. 6 E

       B'klyn     NY     11207
       City     State    Zip Code

HOME PHONE  347 787 5666          WORK PHONE  212 701 4300

SIGNATURE  Keisha Collins

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF -- DHS EMPLOYEES OVERTIME PAY
I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____ _onneil_____ Cedne _____
           Last Name      First             Middle

HOME ADDRESS____ 87 30  204 th street   apt B 75
             Hollis    NY         11423
             City     State     Zip Code

HOME PHONE___(912) 364-8334____ WORK PHONE___(918) 716-6541

SIGNATURE_____ Cedri Connu _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME  COULOUTE          CLIFFORD
        Last Name        First              Middle

HOME ADDRESS 994 E 42ND STREET

        BROOKLYN    NY    11210
        City        State    Zip Code

HOME PHONE 718-253 9624     CELL PHONE 917 6487378

SIGNATURE _____     PERSONAL E-MAIL petracouloute@gmail.com

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____CROSBY_____, ___TREVOR_____
        Last Name              First              Middle

HOME ADDRESS_____2016____Union____Street____Apt # B3_____
        _____Brooklyn____N.Y____11212_____
              City          State        Zip Code

HOME PHONE ____(347) 743-3884____ WORK PHONE (718) 716-6123

SIGNATURE_____T. Crosby_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _Crowley_ _Leonard_ _Waynse_
          Last Name      First      Middle

HOME ADDRESS _140 Menahan Street_

             _Brooklyn_ _N.y._ _11221_
               City     State    Zip Code

HOME PHONE _718) 602- 9685_     WORK PHONE _929) 248- 0878_

SIGNATURE x _Leonard Crowley_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _Cumberbatch Monica_
       Last Name      First         Middle

HOME ADDRESS _105 Lefferts Place F46_

               _Brooklyn  NY     11238_
                City      State     Zip Code

HOME PHONE _718-622-7660_    WORK PHONE _718-688-8350_

SIGNATURE _Monica Cumberbatch_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _Cummins_____ Margaret_____

         Last Name      First         Middle

HOME ADDRESS _1634 St. Marks Av Apt 4G_____

         _Brooklyn, NY_____ _11733____

         City     State     Zip Code

HOME PHONE _(718) 927-1471___ WORK PHONE _(212) 481-4274_

SIGNATURE _Margaret Cummins_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME  DANEY · Natocha  Toi
       Last Name        First              Middle

HOME ADDRESS  229 West 144th St  #32

              New        York      NY      10030
              City       State             Zip Code

HOME PHONE  212-491-9281

WORK PHONE  718-716-7704

SIGNATURE  Natocha L. Daney

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _Danmole_ _Fank_ _____
        Last Name          First                    Middle

HOME ADDRESS _301 Sterling Street Apt #3J_____

_____Brooklyn_____NY_____6225_____
              City               State            Zip Code

HOME PHONE _____ WORK PHONE _347-623-2455_

SIGNATURE _____  _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _Darrisaw Stephanie_
         Last Name          First                    Middle

HOME ADDRESS _388 Pearl St #4E_

_NN          NY          10038_
City            State          Zip Code

HOME PHONE _917-244 3842_     WORK PHONE _212-312-4717_

SIGNATURE _Stephanie D Orr_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _DAVID_ _ANNE - MARIE C._
             Last Name      First      Middle

HOME ADDRESS _253 - 26 148TH AVE_

_ROSEDALE N.Y_ _11422_
      City      State      Zip Code

HOME PHONE _718 - 528 - 4642_ CELL PHONE _646 - 303 - 2060_

SIGNATURE _Anne-Marie C. David_ PERSONAL E-MAIL _mateco58@Yahoo.com_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____David_____Nicole_____L._____
　　　　　　　 Last Name　　　　First　　　　　　　Middle

HOME ADDRESS _____559　Chestnut　St._____

_____Brooklyn　NY.　11208_____
　　　　　　　 City　　　　　　State　　　　　Zip Code

HOME PHONE __( 917 ) 653-7966__　　WORK PHONE __(212) 361-0913__

SIGNATURE _____Nicole L. David_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ___DEB___ ___PRANAY___ ___KUMAR___
        Last Name      First      Middle

HOME ADDRESS ___39-77 51 St., # B2___

___Woodside___ ___NY___ ___11377___
     City     State     Zip Code

HOME PHONE ___929 245 2012___ WORK PHONE ___718-716-7722___

SIGNATURE ___Pranay Kumar___

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _DECAUL_ _DORITHA_ _NORENE_
            Last Name       First       Middle

HOME ADDRESS _169-61 144 ROAD_

_Queens_ _NY_ _11434_
     City     State     Zip Code

HOME PHONE _917 847 8354_     WORK PHONE _718 716 6446_

SIGNATURE _Doritha_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF -- DHS EMPLOYEES OVERTIME PAY**
I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _Diaz_ _Susana_
  Last Name      First                    Middle

HOME ADDRESS _340 Morris Ave. apt. 5F_

_Bronx_ _N.Y._ _10451_
  City      State      Zip Code

HOME PHONE _(718) 684-3915_    WORK PHONE _718-716-7707_

SIGNATURE _Susana Diaz_

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _DICKERSON_ _ROBIN_ _CORBCYELL_
      Last Name     First       Middle

HOME ADDRESS _773 CONCOURSE VILLAGE FAST_

      _BRONX, NEW YORK, N.Y._ _10451_
       City     State      Zip Code

HOME PHONE _917 670 2359_     WORK PHONE _646 765 9968_

SIGNATURE _Robin Dickerson_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ___Dicks_____Erro_____
          Last Name          First               Middle

HOME ADDRESS ___384 LAFAYETTE Ave_____

              ___Brooklyn_____N.Y._____11238_____
                    City              State         Zip Code

HOME PHONE __347 405 5712___   WORK PHONE __718 · 716 · 6451_____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME <u>Dillon</u>    <u>Nia</u>    <u>Milikia</u>
          Last Name      First      Middle

HOME ADDRESS <u>1460 Washington Ave    # 70</u>
            <u>Bx</u>    <u>NY</u>    <u>10456</u>
            City      State      Zip Code

HOME PHONE <u>347-270-9355</u>    WORK PHONE <u>212-312-4799</u>

SIGNATURE <u>Nia Dillon</u>

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ___DJAHOUE    PELAGIE___
              Last Name      First         Middle

HOME ADDRESS ___2215  CRuger Ave, #APT 4D___
       ___BRonx   NY   10467___
          City      State    Zip Code

HOME PHONE ___347-726-5161___ WORK PHONE ___718-716-6000___

SIGNATURE ___Pelagie Djahoue___

**(Continue on Reverse)**

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF -- DHS EMPLOYEES OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME **Donaldson  Samantha  N**
       Last Name        First        Middle

HOME ADDRESS **658  E  103  Street**

**Brooklyn, NY 11236**
City          State      Zip Code

HOME PHONE **9172023871**      WORK PHONE **2124814704**

SIGNATURE *Samatha Donalde*

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _Dorsey_ _Darrell_ _1_
      Last Name    First        Middle

HOME ADDRESS _752 Crescent St_

_Brooklyn_   _New York_   _11208_
  City          State       Zip Code

HOME PHONE _917-995-8759_ WORK PHONE _____

SIGNATURE _Darrell Dorsey_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _Dulorie_____Garry_____
        Last Name       First            Middle

HOME ADDRESS _35 Paerdegat 7th Street_____
         _Brooklyn___NY___11236__
         City      State      Zip Code

HOME PHONE (718) 490-9348    WORK PHONE (718) 716-6559

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _Duperal_ _Ricardo_
       Last Name    First          Middle

HOME ADDRESS _1339 Gipson St._

_Far Rockaway    NY    11691_
       City        State       Zip Code

HOME PHONE _____ CELL PHONE _(646) 400-4826_

SIGNATURE _R Duperal_ PERSONAL E-MAIL _ricardoduperal.com_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _Duprey          Zeraida_
          Last Name        First             Middle

HOME ADDRESS _90 Eleanor Drive_

                _Mahopac    NY      10541_
                  City      State      Zip Code

HOME PHONE _929-227-2565_    WORK PHONE _____

SIGNATURE _Zenaida Duprey_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF -- DHS EMPLOYEES OVERTIME PAY**
I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _Easton_ _Jamie_ _____
         Last Name     First         Middle

HOME ADDRESS _131-18 109th Ave_ _____

_South Ozone Park NY_ _11420_ _____
    City      State     Zip Code

HOME PHONE _718 431-4008_    WORK PHONE _718 431-4008_

SIGNATURE _Jamie Easton_ _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _EHIGIATOR_ _JOHNBULL_
         Last Name       First        Middle

HOME ADDRESS _347_ _SARATOGA_ _AVE._ _#2_

_BROOKLYN_ _NY_ _11233_
    City      State     Zip Code

HOME PHONE _347 581 5642_    WORK PHONE _____

SIGNATURE _Ehigiator Johnbull_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ___EJIAMIKE___ ___VINCENT___
          Last Name      First      Middle

HOME ADDRESS ___278 Bedford Park Blvd. #6A___

___Bronx___ ___NY___ ___10458___
      City      State      Zip Code

HOME PHONE ___718-577-7765___ WORK PHONE ___718-716-6433___
          547

SIGNATURE ___Vincent Ejiamike___

**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME  El-Ansari          Cynthia          N/A
      Last Name          First            Middle

HOME ADDRESS  2580 Richmond Terrace – Aptmt # 3

          Staten Island, New York
          City          State          Zip Code

HOME PHONE  (1-718) 273-8739          WORK PHONE  (1-212) 481-8867

SIGNATURE  Cynthia El-Ansari

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME  Elie          Jacque        Hans
     Last Name     First     Middle

HOME ADDRESS  3415 Knox Place # 5A
    Bronx     NY      10467
    City     State     Zip Code

HOME PHONE  347 641 0036     CELL PHONE  347 641 0036

SIGNATURE _____     PERSONAL E-MAIL  Jacque4love@gmnl.com

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _ENYI_____Uloma_____Grace_____
            Last Name      First      Middle

HOME ADDRESS_3044 Third Ave Apt 5D____
_Bronx___NY___10451___
       City      State     Zip Code

HOME PHONE _718 292 9290_____ WORK PHONE _212 481 4643 or 4474_

SIGNATURE _Uloma Enyi_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _Escourse_____DAVID_____
      Last Name      First          Middle

HOME ADDRESS _2 WeST 120 STReeT, 4A_____
      _New YORK___NY___10027_____
      City      State      Zip Code

HOME PHONE _862-888-8097_____ WORK PHONE _718-716-6123_

SIGNATURE _Dard Escoust_____

**CONSENT TO SUE**

## REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _Espinosa_ _Claribel_

Last Name       First            Middle

HOME ADDRESS _590 fort Washington Avenue, Apt 2F_

_New York.  n.y.  10033_

City       State       Zip Code

HOME PHONE _none_  WORK PHONE _718-746-7736 Cell phone._

_347-387-5617._

SIGNATURE _Claribel Espinosa_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _Etienne Enel J_
           Last Name      First          Middle

HOME ADDRESS _43 Circle Drive_
         _Westbury NY 11590_
           City      State     Zip Code

HOME PHONE _516-280-6045_   WORK PHONE _(718) 716-7731_

SIGNATURE _Ef Etienne_

CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ___Evans___ · ___Allston___
       Last Name          First                  Middle

HOME ADDRESS ___1710 Layfayette ave. apt 4E___

       ___Bronx___      ___N.Y.___     ___10473___
        City          State        Zip Code

HOME PHONE (646) 961-0386     WORK PHONE (718) 716-0122

SIGNATURE ___Allston Evans___

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _EVANS_____COREY_____
          Last Name      First             Middle

HOME ADDRESS___314 Greene Ave_____

_____Bklyn_____NY_____11238_____
      City        State       Zip Code

HOME PHONE _718  812-0944_  WORK PHONE _718  716-6102_

SIGNATURE_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _FALOKUN      Kathleen      M_
       Last Name      First      Middle

HOME ADDRESS _384 Ocean Avenue_

_Jersey      NJ      07305_
     City     State     Zip Code

HOME PHONE _917-535-5591_   WORK PHONE _212-701-4300_

SIGNATURE _Kathleen Falokun_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _FARHAD     GHULAM     SARWAR_
             Last Name        First        Middle

HOME ADDRESS _89-83 VANDERVEER ST._
      _QUEENS VILLAGE, N.Y. 11427_
        City        State      Zip Code

HOME PHONE _718-472-0174_    WORK PHONE _212-361-8583_

SIGNATURE _G.S. Farhad_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _Faustin  Lennard_____
            Last Name       First            Middle

HOME ADDRESS _550   Mother  Gaston  Blvd_____

_B'k_____ _NY_____ _11212_____ _Apt 4F_____
     City            State         Zip Code

HOME PHONE _1 347  856  0209_ WORK PHONE _1 718  688 8350____

SIGNATURE _L Faustin_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _Fenton_____Franklin_____
          Last Name       First           Middle

HOME ADDRESS _15 Hillside Ave_____

        _New Windsor____NY_____1253_____
            City        State       Zip Code

HOME PHONE _646-331-9927_____ WORK PHONE _212-701-4322_

SIGNATURE _Franklin Fenton_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____Rolando_____FRANKLIN_____JASON_____
                 Last Name          First               Middle

HOME ADDRESS_____54 weldon st_____

                Brooklyn_____NY_____11208_____
                  City          State         Zip Code

HOME PHONE __917 400-4694____ WORK PHONE __same_____

SIGNATURE_____Franklin Jason_____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY
**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME Figueroa    Jose    Maria.
      Last Name    First    Middle

HOME ADDRESS 1731 Harrison Ave #6g

Bronx    NY    10453
City    State    Zip Code

HOME PHONE 718 583 4917    WORK PHONE 929 422 8570

SIGNATURE

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ___FLAGG · CHARLES___
      Last Name    First         Middle

HOME ADDRESS ___86 WILLIAM STREET___

___HEMPSTEAD   NY        11550___
      City        State      Zip Code

HOME PHONE ___516 850-2765___

WORK PHONE ___718 716-6013___

SIGNATURE ___Chas Flagg___

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _Fludd          Elnora_
         Last Name      First          Middle

HOME ADDRESS _2 Pulaski Street, Apt. 3C_

_Brooklyn   NY,     11206_
        City       State     Zip Code

HOME PHONE _347-548-3628_ WORK PHONE _718-636-3908_

SIGNATURE _Elnora Fludd_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME  _Flynn_____ _Amada_____ _Pearl_____
          Last Name                    First                            Middle

HOME ADDRESS  _2430 7th Ave_____

_New York_____  _NY_____  _10030_____
      City                        State            Zip Code

HOME PHONE _347-224-0403_____  WORK PHONE _____

SIGNATURE _Amada _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ___FOGLE___ ___BARBARA___
           Last Name      First           Middle

HOME ADDRESS ___888C 8th Ave #312___

___New York NY 10019___
           City        State      Zip Code

HOME PHONE ___917-763-6745___   WORK PHONE _____

SIGNATURE ___Barbara Fogle___

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS EMPLOYEES OVERTIME PAY**
**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _FORD_ _RICARDO_ _ALFONSO_
        Last Name      First      Middle

HOME ADDRESS _50 Debevoise Ave Apt. 3-C_

        _Brooklyn_ _N.Y._ _11211_
        City      State      Zip Code

HOME PHONE _347 858 4235_    WORK PHONE _718 963 3800_

SIGNATURE _Ricardo Ford_