# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MONIQUE MURRAY, *et al.* | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | 16-CV-08072 (PKC) |
| CITY OF NEW YORK, NEW YORK | ) ) | (JURY TRIAL DEMANDED) |
| Defendant. | ) ) ) | |

## DECLARATION OF JASMINE MCNEILL

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

1. I am currently employed by the New York City Department of Homeless Services ("DHS") in the position of Associate Fraud Investigator. I have held this position since approximately December 2008.

2. While working as an Associate Fraud Investigator since at least 2013, I have been assigned to the DHS Prevention Assistance and Temporary Housing (PATH) facility located at 151 E. 51st St., Bronx, NY 10451.

3. Based on my knowledge, experience, and observations, defendant uses New York City agency-provided email addresses as the primary method by which to communicate wage and hour matters with me and my coworkers at DHS, including but not limited to, memoranda, bulletins and notices. My City-provided email address is jmcneil@dhs.nyc.gov.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: 2/21/17

_____
Jasmine McNeill