UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MONIQUE MURRAY, et al.,

                Plaintiffs,          16-cv-8072 (PKC)

   -against-                         ORDER

CITY OF NEW YORK,

                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

        The parties are encouraged to consider consenting to have all further proceedings in this action conducted by the designated Magistrate Judge, Honorable Barbara C. Moses. 28 U.S.C. § 636(c). The Court is advised that the Office of the Corporation Counsel has no blanket policy of withholding to consent to proceedings before a Magistrate Judge. The parties are free to withhold consent without adverse substantive consequences but shall advise the Court of their decision in writing within 14 days.

        If the parties decline to consent, as is their right, the Court promptly will enter an Order on further proceedings in this action.

        SO ORDERED.

                                                P. Kevin Castel
                                       United States District Judge

Dated: New York, New York
       February 10, 2020

Copy to Hon. Barbara C. Moses, U.S.M.J.