

**THE CITY OF NEW YORK**

## LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

**JAMES E. JOHNSON**
*Corporation Counsel*

**Andrea O'Connor**
Labor & Employment Law Division
Phone: 212-356-4015
Fax: 212-356-1148
aoconnor@law.nyc.gov

February 26, 2020

**VIA ECF**
Honorable P. Kevin Castel
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Conference Adjourned
From: 5/22/2020
To: May 13, 2020 at 11:30 a.m.
SO ORDERED:
P. KEVIN CASTEL, U.S.D.J.
Date: 2/26/2020

Re: Murray, et al. v. City of New York
16 Civ. 08072 (PKC)

Dear Judge Castel:

      I am the Assistant Corporation Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, assigned to represent the defendant in the above-referenced action. I write to respectfully request that final pre-trial conference currently scheduled for May 22, 2020 at 2:00 p.m. be rescheduled to a day and time convenient for the Court. Plaintiffs' counsels consent to this request and, as indicated below, have provided their availability. This request does not affect any other deadlines in this matter.

      On January 24, 2019, Assistant Corporation Counsels Garret Kamen and Corbin Carter appeared for a pre-trial conference at which I, as supervisor for Mr. Kamen and Mr. Carter, was ordered to attend all future conferences in this matter. Both Mr. Kamen and Mr. Carter are no longer employed by this Office. *See* Dkt. Nos. 139; 154. This matter will be reassigned to trial counsel in the coming days and the new attorney(s) will promptly file a notice of appearance.

      On February 21, 2020, the Court issued an order setting deadlines for the submission of pre-trial materials. All pre-trial submissions are due by May 1, 2020 and the final pre-trial conference is scheduled for May 22, 2020. I respectfully request that the May 22 conference be rescheduled because I will be out of state on a family vacation from May 16 to May 23. After conferring with Your Honor's chambers and plaintiffs' counsel, all parties and

the Court are available to reschedule the conference to any time on May 12, 13 or 14. All parties are also available on May 27, May 28 (before 2 p.m.) and May 29.

       I thank the Court for its consideration of this request.

                                              Respectfully submitted,

                                                           /s/
                                                   Andrea O'Connor
                                                   Assistant Corporation Counsel

cc: All Counsel (by ECF)