UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MONIQUE MURRAY, et al.,

                       Plaintiffs,                    16-cv-8072 (PKC)

       -against-                                 ORDER

CITY OF NEW YORK,

                       Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

        In an Order of February 21, 2020, the Court set a schedule with regard to the 13 plaintiffs whose claims were addressed in the Court's summary judgment rulings and whose claims have survived. The Court now enters this Order with regard to all remaining plaintiffs in the action.

        In a Discovery Stipulation and Order of August 3, 2017 (Doc 51), the Court ordered as follows: "After the completion of discovery relating to Discovery Plaintiffs, either party may request discovery from the Court relating to additional plaintiffs or additional discovery relating to Discovery Plaintiffs outside the scope of this Stipulation upon a showing of need." (Order of Aug. 3, 2017 at ¶ 12.) The Court now Orders that any application for discovery relating to additional plaintiffs shall be filed within 14 days of this Order or will be deemed untimely. The application shall annex the proposed discovery, the date for completion of the discovery and be accompanied by a demonstration of need.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
March 9, 2020