UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MONIQUE MURRAY, et al.,

                         Plaintiffs,                         16-cv-8072 (PKC)

       -against-                                            <u>ORDER</u>

CITY OF NEW YORK,

                        Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The Court has received the revised proposed Stipulation and Order. The Court Orders as follows: within 21 days the parties shall submit an agreed upon verdict form or failing agreement their proposed verdict forms, together with their estimate of the length of trial for the claims of the Trial Plaintiffs. Once the verdict form is decided, then the drafting of the proposed Stipulation and Order ought to become a simpler exercise. The schedule for Final Pre-Trial Submissions otherwise remains.

        SO ORDERED.

                                                            P. Kevin Castel
                                           United States District Judge

Dated: New York, New York
         April 29, 2020