

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONIQUE MURRAY, et al.

        Plaintiffs,

-against-

CITY OF NEW YORK,

        Defendant.

16-CV-8072 (PKC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

      The settlement conference currently scheduled for June 30, 2020, at 2:15 p.m., is ADJOURNED to **August 3, 2020, at 2:15 p.m**., and will take place via teleconference or videoconference, as further discussed below. No later than **July 27, 2020**, the parties shall submit the pre-conference documents required by ¶¶ 3-5 of the Court's Order Scheduling Settlement Conference dated May 27, 2020 (Dkt. No. 188). All other provisions of the May 27 Order Scheduling Settlement Conference remain in effect.

      The parties are advised that the Court's teleconferencing technology (AT&T Connect) permits both group conferences and private caucuses with each party or group of parties (and relevant counsel). Although the Court has videoconferencing technology available (Skype for Business), it does not permit private video caucuses and therefore is not ordinarily used for settlement conferences. If the parties are willing and able to arrange for the settlement conference to be conducted using commercially available videoconferencing technology that they deem reliable and that does include a private caucus feature, counsel are directed to telephone Judge Moses's Law Clerk, Samantha Bennett, at (212) 805-4882, at least one week prior to the date of the conference, to discuss the capabilities, security features, and logistics of using the proposed technology.

      The Clerk of Court is respectfully directed to close the letter-application at Dkt. No. 194.

Dated: New York, New York
       June 17, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**