UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MONIQUE MURRAY, et al.,

                        Plaintiffs,                    16-cv-8072 (PKC)

     -against-                                  ORDER

CITY OF NEW YORK,

                        Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The case is set for trial for March 31, 2021 at 9:30 a.m. in a courtroom to be announced, as backup to 19-cr-724 (JGK) and 19-cr-893 (LAK).

        SO ORDERED.

                                                            P. Kevin Castel
                                                   United States District Judge

Dated: New York, New York
           December 18, 2020