UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MONIQUE MURRAY, et al.,

                      Plaintiffs,                16-cv-8072 (PKC)

     -against-                                   ORDER

CITY OF NEW YORK,

                      Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The ability of a judge to secure a trial date for an action pending in this Court is severely limited during the pandemic. The Court has succeeded in securing a backup date to the extent indicated in its prior order. There are no other trial dates available in the first quarter of 2021. Granting the requested relief would mean the trial date would be vacated because under Court procedures the date may not be adjourned or accelerated. This the Court declines to do. The defendant should find other lawyers in its counsel's office to try this FLSA case.

        SO ORDERED.

                                                              P. Kevin Castel
                                                      United States District Judge

Dated: New York, New York
        December 22, 2020