UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MONIQUE MURRAY, et al.,

                Plaintiffs,           16-cv-8072 (PKC)

    -against-                    ORDER

CITY OF NEW YORK,

                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        A party to a civil action may waive his or her right to appear at trial. Audio feed of the trial will be available through the dial-in number 888-363-4749, Access Code 3667981#. Virtual appearance by video is not possible.

        If either party wishes to avail themselves of Rule 43(a) ("For good cause in compelling circumstances and with appropriate safeguards, the court may permit testimony in open court by contemporaneous transmission from a different location.") for a testifying witness (party or non-party), they should confer with opposing counsel, and if no consent is obtained, make a motion. In a prior civil jury trial during the pandemic, the court heard and the jury heard testimony from a key witness pursuant to Rule 43(a), and the experience was quite satisfactory.

        SO ORDERED.

                                                        P. Kevin Castel
                                            United States District Judge

Dated: New York, New York
       March 2, 2021