UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MONIQUE MURRAY, et al.,

                        Plaintiffs,                      16-cv-8072 (PKC)

-against-                                ORDER

CITY OF NEW YORK,

                        Defendant.
-----------------------------------------------------------------x

CASTEL, U.S.D.J.

        There will be a telephone conference at 2:30 pm on April 23, 2021 to address the application to approve the settlement.

        Call in: 1 888 363 4749

        Access Code: 3667981

        SO ORDERED.

                                            P. Kevin Castel
                                    United States District Judge

Dated: New York, New York
       April 22, 2021